ANNA LADEAN SCHMIDT, Respondent, v. HALL BAKING COMPANY, INCORPORATED, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $500 as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. (The judgment is for plaintiff for damages for personal injuries sustained by eating moldy fruit cake. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.

ARMIDO CAPORALI, Respondent, v. CERTAIN-TEED PRODUCTS CORPORATION, Appellant.— Order so far as appealed from modified and as modified affirmed, without costs of this appeal to either party. All concur. (The portion of the order appealed from grants a motion for an inspection before trial.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

FRANCES M. ZEMBATY, Residing at 673 Clinton Street, Buffalo, New York, Respondent, v. CITY OF BUFFALO and JOHN A. MALONEY, Appellants.— Judgment affirmed, with costs. All concur. (The judgment awards damages for personal injuries in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MARY M. SMELTZ, Respondent, v. BUFFALO POLICE MUTUAL AID AND BENEFIT ASSOCIATION, Appellant.— Judgment affirmed, with costs. Memorandum: The evidence establishes a failure on the part of the defendant to give the notices of the assessments as provided in section 1 of article 8 of the constitution and section 2 of article 8 of the by-laws of the defendant, when read together. All concur. (The judgment is for plaintiff in an action under a life insurance certificate.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

GEORGE WRIGHT, Appellant, v. MAYLON W. HOWELL and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements. Time to serve amended complaint, which may contain the matter struck out with additional allegations, extended twenty days after the date of service of a copy of the order, with notice of entry. All concur. (The order grants a motion to strike certain allegations from the amended complaint.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

EASTERN ROCK PRODUCTS, INCORPORATED, Respondent, v. THE STATE OF NEW YORK and Others, Defendants, and LACKAWANNA STEEL CONSTRUCTION CORPORATION, Appellant.— Judgment so far as appealed from affirmed, with costs. All concur. (The portion of the judgment appealed from denies parity to the plaintiff with certain lienors, in an action to foreclose lien on public funds.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.